JUDGE CEDARBAUM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 01065**

-----------------------------------------------------------X

CHRISHA CREATIONS, LTD,

                      Plaintiff,

                                                             Civil Action No.:

          -against-

DOLGENCORP, INC., DOLLAR GENERAL                   7.1 DISCLOSURE
CORPORATION and FAMILY DOLLAR STORES,               STATEMENT
INC.

                      Defendants.

-----------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, CHRISHA CREATIONS LTD. ("Chrisha") identifies the follow[ing] as a parent corporation or publicly held corporation that owns 10% or more of its stoc[k]:

                                          NONE

Dated: Uniondale, New York
         January 31, 2008

                                            RIVKIN RADLER LLP

                                By: _____
                                       Celeste M. Butera
                                       *Attorney for Plaintiff*
                                       926 RexCorp Plaza
                                       Uniondale, New York 11556-0926
                                       (516) 357-3000

2027196 v1