UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISHA CREATIONS, LTD.     :

        Plaintiff,

-against-                   :     Civil Action No. 08-cv-01065 (MGC)

DOLGENCORP, INC., DOLLAR    :
GENERAL CORPORATION, and    :     STIPULATION EXTENDING TIME
FAMILY DOLLAR STORES, INC.  :     FOR DEFENDANTS TO RESPOND
                                  TO THE COMPLAINT
        Defendants

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08

IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN the attorneys for the Plaintiff, Chrisha Creations, Ltd., and attorneys for Dolgencorp, Inc., Dollar General Corporation and Family Dollar Stores, Inc. ("the Defendants"), that the time within which Defendants may answer, move, or otherwise respond to Plaintiff's complaint is hereby extended from March 6, 2008 up to and including April 4, 2008. The Defendants hereby waive any and all defenses based on insufficient service of process and/or improper service of process on defendants.

Dated: March 5, 2008

SILLS CUMMIS & GROSS P.C.
Attorneys for Defendants
Dolgencorp, Inc., Dollar General Corporation
and Family Dollar Stores, Inc.
One Rockefeller Plaza
New York, New York 10020
(212) 643-7000

By: _____
    Jonathan Young (JY 6237)

RIVKIN RADLER LLP
Attorneys for Plaintiff
Chrisha Creations, Ltd.
926 RexCorp Plaza
West Tower – 10th Floor
Uniondale, New York 11556-0111
(516) 357-3000

By: _____
    Celeste M. Butera (CMB 5659)

So ordered on this 6th day of March, 2008.

_____
United States District Judge
Miriam Goldman Cedarbaum