United States District Court
Southern District of New York

Chrisha Creations, Ltd. ) Case No.: 08CV01065
)
)
)
)
Plaintiff )
v. )
DolgenCorp, Inc., Dollar General Corporation and )
Family Dollar Stores Inc. )
)
Defendant(s) )

**AFFIDAVIT OF SERVICE**

That I, **William Ellis** hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

That I served: DolgenCorp, Inc. with the following list of documents: Summons and Complaint by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with **Nikki Constant** Title/relationship: **Senior Human Resource Manager**

That on **02/14/08** at **11:40** (AM)/PM at the address of **427 Beech St. Scottsville, KY** service was made by;

__ Personal Service: By personally delivering the documents to the person being served.

__ Substitute Service: By leaving the documents at the dwelling house or usual place of abode of the person being served with a member of the household who stated they resided herein and was of suitable age and discretion, and was explained the general nature of the documents.

✓ Corporate, Registered Agent or Legal Representative Service: By leaving with an officer, director or a person who stated they had authority to accept service of process for the above listed person or entity.

__ By affixing a true copy of each to the door of said premises, which is recipient's actual place of abode

Description: Skin: **Wt.** Sex: **F** Age: **35-40** Height: **5'5** Weight: **135** Hair: **Brwn.** Glasses: **yes**

X Military Service. Deponent asked the person spoken to whether the recipient was presently in military service of the United States or of the State in which they reside and was informed that the recipient was not.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Due Process
P.O. Box 2396
Columbia, MD 21045
(800) 228-0484

Executed on: **Feb. 19, 2008**

Subscribed and sworn to before me, a notary public, on this **19th** day of **February**, 2008.
Notary Public   My Commission Expires: **January 16, 2011**

ID: 08-005203