# Affidavit of Process Server

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF NEW YORK

| CHRISHA CREATIONS, LTD | VS DOLGENCORP, INC | 08 CV 01065 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

KEVIN S. DUNN being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served FAMILY DOLLAR STORES, INC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS & COMPLAINT

by leaving with MARY DRUMMOND        PROCESS AGENT                At
            NAME                     RELATIONSHIP

☐ Residence _____
            ADDRESS                  CITY / STATE

☒ Business 2711 CENTERVILLE RD.  WILMINGTON, DE
            ADDRESS                  CITY / STATE

On 3/11/08 _____ AT 12:30 PM _____
     DATE                          TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
                                                                                    DATE
from_____
     CITY      STATE      ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                                    DATE     TIME      DATE     TIME
(3)_____ (4)_____ (5)_____
    DATE     TIME      DATE     TIME      DATE     TIME

AGE  45  Sex F  Race W  Height 5'6  Weight 140  HAIR BLACK

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 11TH day of MARCH ,2008.

_____
SIGNATURE OF NOTARY PUBLIC

**OFFICIAL SEAL**
KEVIN DUNN
NOTARY PUBLIC-DELAWARE
MY COMMISSION EXPIRES 11/23/10

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS