United States District Court
Southern District of New York

Chrisha Creations, Ltd.                                ) Case No.: 08CV01065
                                                       )
                                                       )
                                                       )
                            Plaintiff                  )
                        v.                             )
DolgenCorp, Inc., Dollar General Corporation and       )
Family Dollar Stores Inc.                              )
                                                       )
                            Defendant(s)               )

**AFFIDAVIT OF SERVICE**

That I, __Doug Evans__ hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

That I served: Family Dollar Stores Inc. with the following list of documents: Summons and Complaint by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with __Michelle Debrocq__ Title/relationship: __Paralegal__

That on __2/13/2008__ at __12:35__ AM/**PM** at the address of __10310 Monroe Rd., Matthews, N.C. 28105__, service was made by: __Hand Delivery__

__ Personal Service: By personally delivering the documents to the person being served.

__ Substitute Service: By leaving the documents at the dwelling house or usual place of abode of the person being served with a member of the household who stated they resided herein and was of suitable age and discretion, and was explained the general nature of the documents.

**X** Corporate, Registered Agent or Legal Representative Service: By leaving with an officer, director or a person who stated they had authority to accept service of process for the above listed person or entity.

__ By affixing a true copy of each to the door of said premises, which is recipient's actual place of abode

Description:   Skin: __White__ Sex: __F__ Age: __35__ Height: __5'9"__ Weight: __180__ Hair: __BN__   Glasses: __N/A__

X Military Service. Deponent asked the person spoken to whether the recipient was presently in military service of the United States or of the State in which they reside and was informed that the recipient was not.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

[Notary Seal: CHARLES E MILLER, NOTARY PUBLIC, ID # 200718600134, MY COMM. EXPIRES JULY 1, 2012, MECKLENBURG COUNTY, NC]

Due Process
P.O. Box 2396
Columbia, MD 21045
(800) 228-0484

Executed on: 2-15-08

Subscribed and sworn to before me, a notary public, on this __15__ day of __February__, 2008.
__Charles E. Miller__   My Commission Expires: __July 1, 2012__
Notary Public
Charles E. Miller

ID: 08-005201