**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| CHRISHA CREATIONS, LTD., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No. 08-cv-1065 (MGC) |
| v. | : | |
| | : | |
| DOLGENCORP, INC., DOLLAR | : | **RULE 7.1 STATEMENT** |
| GENERAL CORPORATION, and | : | |
| FAMILY DOLLAR STORES, INC. | : | |
| | : | |
| Defendants | : | |

Pursuant to Federal Rule of Civil Procedure 7.1, , the undersigned counsel for Defendants Dolgencorp, Inc., Dollar General Corporation and Family Dollar Stores, Inc. (all non-governmental corporate parties) hereby certify the following:

(1)     Defendant Dolgencorp, Inc. is a wholly owned subsidiary of Defendant Dollar General Corporation;

(2)     Defendant Dollar General Corporation is the corporate parent of Dolgencorp, Inc. and a subsidiary of Buck Holdings, L.P., a Delaware limited partnership; and

(3)     Defendant Family Dollar Stores, Inc. has no parent corporations or publicly held corporations that own 10% or more of its stock.

Respectfully submitted,

April 4, 2008

Philip Braginsky (PB-1627)
SILLS CUMMIS & GROSS P.C.
One Rockefeller Plaza
New York, New York 10020
Tel:    (212) 643-7000
Fax:    (212) 643-6500

Attorneys for Defendants
Dolgencorp, Inc.
Dollar General Corporation
Family Dollar Stores, Inc.