USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISHA CREATIONS, LTD. ) | Civil Action No. 08-CV-1065 (MGC) |
| Plaintiff/ ) | |
| Counterclaim Defendant, ) | ECF Case |
| ) | |
| - against - ) | STIPULATION EXTENDING TIME |
| ) | FOR PLAINTIFF TO REPLY, MOVE, |
| DOLGENCORP, INC., DOLLAR GENERAL ) | OR OTHERWISE RESPOND TO |
| CORPORATION, and FAMILY DOLLAR ) | DEFENDANTS ANSWER AND |
| STORES, INC. ) | COUNTERCLAIMS |
| ) | |
| Defendants/ | |
| Counterclaim Plaintiffs, | |

IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN the attorneys for the Plaintiff, Chrisha Creations, Ltd. ("Plaintiff"), and attorneys for Dolgencorp, Inc., Dollar General Corporation and Family Dollar Stores, Inc. ("Defendants"), that the time within which Plaintiff may reply, move, or otherwise respond to Defendants' Answer and Counterclaims is hereby extended from April 24, 2008 up to and including May 2, 2008.

Dated: April 24, 2008

SILLS CUMMIS & GROSS P.C.
Attorneys for Defendants
Dolgencorp, Inc., Dollar General Corporation
And Family Dollar Stores, Inc.
One Rockefeller Plaza
New York, New York 10020
(212) 643-7000

By: _____
Jonathan Young (JY 6237)
Phillip Braginsky (PB/    )

So ordered on this ___ day of April, 2008.

RIVKIN RADLER LLP
Attorneys for Plaintiff
Chrisha Creations, Ltd.
926 RexCorp Plaza
West Tower – 10th Floor
Uniondale, New York 11556-0111
(516) 357-3000

By: _____
Celeste M. Butera (CMB 5659)

_____
United States District Judge
Miriam Goldman Cedarbaum

2143632 v1