UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISHA CREATIONS, LTD. ) | |
| ) | Civil Action No. 08-CV-1065 (MGC) |
| Plaintiff/ ) | |
| Counterclaim Defendant, ) | ECF Case |
| ) | |
| - against - ) | **NOTICE OF MOTION** |
| ) | **TO STRIKE AFFIRMATIVE** |
| DOLGENCORP, INC., DOLLAR GENERAL ) | **DEFENSES UNDER** |
| CORPORATION, and FAMILY DOLLAR ) | **FED. R. CIV. P. 12(f)** |
| STORES, INC. ) | |
| ) | |
| Defendants/ | |
| Counterclaim Plaintiffs, | |

PLEASE TAKE NOTICE THAT, upon the Memorandum of Law of Chrisha Creations Limited in Support of its Motion to Strike Affirmative Defenses Under Federal Rule of Civil Procedure 12(f), the exhibits annexed thereto, and upon all the pleadings and proceedings before this Court, Chrisha Creations Limited (hereinafter "Chrisha"), by their attorneys, Rivkin Radler LLP, respectfully move this Court, before The Honorable Miriam G. Cedarbaum, United States District Judge for the Southern District of New York, at the United States Courthouse at 500 Pearl Street, New York, New York, 10007, on May 29, 2008 at 9:30 a.m., or as soon thereafter as counsel can be heard, for an Order, pursuant to Federal Rule of Civil Procedure 12(f), granting Chrisha's Motion to Strike Affirmative Defenses Under Federal Rule of Civil Procedure12(f), and for such other and further relief as this Court deems just and proper.

Uniondale, New York
May 2, 2008

                        Respectfully submitted,

                        /s_____
                        Celeste M. Butera (CMB 5659)
                        Stephen J. Smirti, Jr. (SJS 2777)
                        Pia E. Riverso (PER 6287)
                        RIVKIN RADLER LLP
                        Attorneys for Plaintiff
                        CHRISHA CREATIONS LIMITED
                        926 RexCorp Plaza
                        Uniondale, NY 11556
                        (516) 357-3000
                        (516) 357-3333