```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CHRISHA CREATIONS, LTD.,
                         Plaintiff,
       - against -
DOLGENCORP, INC., et al.,
                         Defendants.
_____
CHRISHA CREATIONS, LTD.,
                         Plaintiff,
       - against -
GEMMY INDUSTRIES, CORP.,
                         Defendant.
-------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 1065 (MGC)(HBP)
08 Civ. 1185 (MGC)(HBP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

 X  Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         May 28, 2008

S/ _____
United States District Judge