UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Chrisha Creations, Ltd.

                    Plaintiff,

        -against-

Dolgencorp, Inc., et al.

                    Defendant.
------------------------------------------------------------x

08 CIVIL 1065 (MGC)

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Jonathan Young__

☑ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __JY-6237__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☑ *Law Firm/Government Agency Association*

    From: __Reed Smith__

    To: __Sills Cummis & Gross P.C.__

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ *Address:* __One Rockefeller Plaza__

☐ *Telephone Number:* __212-643-7000__

☐ *Fax Number:* __212-643-6500__

☐ *E-Mail Address:* __jyoung@sillscummis.com__

Dated: __4/4/08__