

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISHA CREATIONS, LTD.

     Plaintiff,

- against -

DOLGENCORP, INC., DOLLAR GENERAL
CORPORATION, and FAMILY DOLLAR
STORES, INC.

     Defendants

Civil Action No. 08-cv-1065 (MGC)

STIPULATION EXTENDING TIME
FOR PARTIES TO PROVIDE
INITIAL DISCLOSURES

 IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN the attorneys for the Plaintiff, Chrisha Creations, Ltd., ("Plaintiff") and attorneys for Dolgencorp, Inc., Dollar General Corporation and Family Dollar Stores, Inc. ("Defendants"), that the time within which all parties must submit their initial disclosures pursuant to F.R.C.P. Rule 26(a) is hereby extended from June 30, 2008 up to and including July 21, 2008.

Dated: June 30, 2008

| SILLS CUMMIS & GROSS P.C.<br>Attorneys For Defendants<br>Dolgencorp, Inc., Dollar General Corporation<br>and Family Dollar Stores, Inc.<br>One Rockefeller Plaza<br>New York, NY 10020<br>212 643-7000<br><br>By: _____<br> Philip Y. Braginsky (PB 1627) | RIVKIN RADLER, LLP<br>Attorneys for Plaintiff<br>Chrisha Creations, Ltd.<br>926 RexCorp Plaza<br>Uniondale, New York 11556-0111<br>516-357-3000<br><br><br>By: _____<br> Celeste M. Butera (CB5659) |
|---|---|

2160593 v1

/s/

SO ORDERED:

_____
Honorable Miriam Goldman Cedarbaum
United States District Judge

July 10, 2008